UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-24059-CIV-GOODMAN
CONSENT CASE

GARY MURRAY-BELL and
WENDY MURRAY-BELL

    Plaintiffs,

v.

NCL (BAHAMAS), LTD., d/b/a
NCL CORPORATION, LTD., d/b/a
NORWEGIAN CRUISE LINE d/b/a
NCL AMERICA,

    Defendant.
_____/

## DEFENDANT'S MOTION FOR LEAVE TO SUBMIT AMENDED DEPOSITION DESIGNATIONS AND OBJECTIONS TO PLAINTIFFS' DESIGNATIONS, BOTH WITH RESPECT TO KAY CANAVAN ALFORD

Defendant, NCL (BAHAMAS), LTD., d/b/a NCL CORPORATION, LTD., d/b/a NORWEGIAN CRUISE LINE d/b/a NCL AMERICA ("Norwegian"), by and through its undersigned counsel, hereby moves this Honorable Court to enter an order granting Defendant leave to submit amended deposition designations and objections to Plaintiffs' deposition designations, both with respect to Kay Canavan Alford, and states:

    1.    This is a maritime personal injury action in which Plaintiff, GARY MURRAY-BELL, alleges he was injured on a cruise ship and sues Defendant, NCL (BAHAMAS), LTD., for negligence.

    2.    Trial in this matter is currently scheduled to commence on July 22, 2019.

**FOREMAN FRIEDMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

3.    Pursuant to the Court's Order Specially Setting Civil Jury Trial and Pretrial Schedule and Requiring Mediation [D.E. 54], the Parties served deposition designations on each other on July 1, 2019[1], and filed their respective objections to such designations on July 5, 2019 [D.E. 98 & 102].

4.    Upon further review of Defendant's Deposition Designations with respect to Kay Canavan Alford (which can be viewed in Plaintiffs' Objections to Defendant's Deposition Proffers – [D.E. 98]), Defendant has realized that it inadvertently designated a portion of the Alford transcript in error. Specifically, Defendant designated 15:22 – 16:16 of the Alford transcript, but only intended to designate 16: 11-16. The inadvertent nature of this error is demonstrated by the fact that Defendant designated this portion of the transcript and subsequently objected to Plaintiffs' designation of portions therein. As such, Defendant respectfully requests leave to amend and re-submit its designations of the Alford deposition transcript to "undesignate" 15:22 – 16:10[2].

5.    Upon further review of Defendant's Objections to Plaintiffs' Deposition Designations [D.E. 102], Defendant has realized that it inadvertently omitted three (3) objections with respect to the deposition transcript of Kay Canavan Alford: (1) as to Plaintiffs' designation of 14:7 – 15:15 of the Alford transcript, Defendant inadvertently omitted an objection to 15: 10-15 as "leading the witness". <u>This objection to form was raised by defense counsel during the Alford deposition</u> [D.E. 64-5; 15: 16-17]; (2) as to Plaintiffs' designation of 16: 1-9 of the Alford transcript, Defendant inadvertently omitted an objection to 16: 6-9 as "leading the witness". <u>This objection to form was raised by defense counsel during the Alford deposition</u> [D.E. 64-5; 16:10]; (3) as to Plaintiffs' designation of 14:7 – 15:15 of the Alford transcript, Defendant inadvertently

---

[1] Defendant served upon Plaintiffs its First Amended Designations on July 4, 2019.
[2] Thus leaving 16: 11-16 as "designated".

omitted an objection to 15: 2-9 based on "lack of foundation". Defendant respectfully requests leave to amend its filing to incorporate these three (3) objections.

6.  The error(s) and/or omission(s) enumerated in paragraphs 4 and 5 above were made with no ill intent to deceive and/or mislead Plaintiffs or the Court. Defendant does not believe that Plaintiffs would be prejudiced by the relief requested and makes this request in good faith.

WHEREFORE Defendant, NCL (BAHAMAS), LTD., respectfully requests that this Honorable Court enter an order granting its Motion and allowing Defendant leave to amend and re-submit its deposition designations and objections to Plaintiffs' designations with respect to Kay Canavan Alford, solely in order to remedy the error(s) and/or omission(s) specifically enumerated herein[3].

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (A)(3)

Undersigned counsel hereby certifies that counsel for the parties have conferred in a good faith effort to address the issues raised in the Motion. Plaintiffs' counsel indicated that due to the present unavailability of lead counsel[4] to discuss the issues raised herein, Plaintiffs object to the Motion for the record but reserve the right to modify their response if warranted after reviewing the Motion.

Dated: July 11, 2019
Miami, Florida

---

[3] For the convenience and reference of the Court and Plaintiffs, a copy of Defendant's [proposed] amended deposition designations and objections are enclosed herewith.
[4] Attorney Fred Shepherd is in trial in Wyoming and Attorney Joseph Low is attending to a separate matter

Respectfully submitted,

**FOREMAN FRIEDMAN, P.A.**

BY: */s/ Darren Friedman*
Jeffrey E. Foreman, Esq. (FBN 0240310)
jforeman@fflegal.com
Darren W. Friedman, Esq. (FBN 0146765)
dfriedman@fflegal.com
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL  33131
Tel: 305-358-6555/Fax: 305-374-9077
*Counsel for Defendant.*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 11th day of July, 2019. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: */s/ Darren W. Friedman*
Darren W. Friedman, Esq.

## SERVICE LIST

| | |
|---|---|
| James C. Valenti, Esq.<br>j.valenti@valenti-law.com<br>h.degiglio@valenti-law.com<br>James C. Valenti, P.A.<br>P.O. Box 2627<br>Lakeland, Florida 33806<br>Tel : 863-937-6056<br>Local Counsel for Plaintiff<br><br>Arnold Anderson Vickery<br>andy@justiceseekers.com<br>Fred H. Shepherd<br>fred@justiceseekers.com<br>Karin L Shepherd, Esq.<br>karin@justiceseekers.com<br>Brian B. Winegar, Esq.<br>brian@justiceseekers.com<br>Vickery & Shepherd<br>10000 Memorial Dr., Suite 750<br>Houston, TX 77024-3485<br>Tel: 713-526-1100/Fax: 713-523-5939<br>Counsel for Plaintiffs<br><br>Earl Landers Vickery, Esq.<br>lanny@justiceseekers.com<br>2007 Dancy Street<br>Austin, TX 78722<br>Co-Counsel for Plaintiffs<br><br>Joseph H. Low, IV, Esq.<br>joseph@jhllaw.com<br>Law Firm of Joseph H. Low IV<br>100 Oceangate, 12th Floor<br>Long Beach, CA 90802<br>Tel: 562-901-0840<br>Co-Counsel for Plaintiffs | Jeffrey E. Foreman, Esq.<br>jforeman@fflegal.com<br>mfonticiella@fflegal.com<br>Darren W. Friedman, Esq.<br>dfriedman@fflegal.com<br>sargy@fflegal.com<br>Avi Shoham, Esq.<br>ashoham@fflegal.com<br>alanauze@fflegal.com<br>Foreman Friedman, PA<br>One Biscayne Tower, Suite 2300<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>Tel: 305-358-6555/Fax: 305-374-9077<br>Counsel for Defendant |